IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHASE M. RANG,

Plaintiff,

v.

LIEUTENANT CHAPMAN and
CORRECTIONS OFFICER FOSTER,

Defendants.

No. 3:10-CV-1521

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this 2nd day of March, 2011, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 23) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 23) is **ADOPTED**.

(2) Defendant Foster's Motion for Summary Judgment (Doc. 19) is **GRANTED**.

(3) Judgment is entered **IN FAVOR** of Defendant Foster and **AGAINST** Plaintiff Rang with respect to Plaintiff's Eighth Amendment Claim.

(4) The Clerk of Court is directed to mark this case as closed.

A. Richard Caputo
United States District Judge